UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)    3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Sarah Morgan, et al. v. Bayer Corporation, et al.*     No. 3:11-cv-11102-DRH

*Carole Dooner, et al. v. Bayer Corporation, et al.*     No. 3:11-cv-12431-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 19, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    /s/*Sara Jennings*
       Deputy Clerk

Dated:  July 30, 2013

Digitally signed by David R. Herndon
Date: 2013.07.30 10:02:28 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT